Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants Aria Resort
& Casino Holdings, LLC Aria
Resort & Casino LLC,
Delores Tillett, and Jennifer Harper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ARIA RESORT & CASINO LLC, a Nevada Limited Liability Company, dba Aria; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company, dba Aria; DELORES ("DeDe") TILLET, Pit Manager at Aria; STEVE DAVIES, Floor Supervisor at Aria; JENNIFER HARPER, Floor Supervisor at Aria; PATRICK CUTHBERTSON; DOEs 1-10 and ROE Entities 11-20,<br><br>        Defendants. | Case No. 2:14-cv-01828-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO ARIA RESORT & CASINO HOLDINGS, LLC** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that Defendant Aria Resort & Casino Holdings, LLC be dismissed with prejudice in the above referenced matter, each party to bear its own attorneys' fees and costs.

This dismissal shall have no impact on the status of any claims asserted against named defendants Aria Resort & Casino, LLC, Delores ("DeDe") Tillet, Jennifer Harper, and Patrick Cuthbertson.

Dated: March 5, 2015.

| LAW OFFICE OF DAN M. WINDER, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Arnold Weinstock<br>Dan M. Winder, Bar # 1569<br>Arnold Weinstock, Bar # 810<br>3507 W. Charleston Blvd.<br>Las Vegas, Nevada 89102 | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar # 5837<br>Steven C. Anderson, Bar # 11901<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Aria Resort & Casino Holdings, LLC; Aria Resort & Casino, LLC; Delores Tillet and Jennifer Harper* |

**ORDER**

IT IS SO ORDERED.

Dated: March 5, 2015.

_____
UNITED STATES DISTRICT JUDGE