DAN M. WINDER, ESQ.
Nevada State Bar. No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar. No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO LLC, a Nevada Limited Liability Company, dba Aria; DELORES ("DeDe") TILLET, Pit Manager at Aria; JENNIFER HARPER, Floor Supervisor at Aria; PATRICK CUTHBERTSON; DOEs 1-10 and ROE Entities 11-20,<br><br>Defendants. | Case No: 2:14-cv-01828-APG-CWH<br><br>NOTICE<br>OF<br>CORRECTED IMAGE<br>OF<br><u>DOCUMENT #23</u> |

 Plaintiff, MICHAEL MILLER, by and through his counsel, Dan M. Winder of the LAW OFFICE OF DAN M. WINDER P.C., mistakenly filed a Stipulation to Extend Due Date For Filing Responses to Defendants' Motions to Dismiss (#13) (#14) (#15) and to Partially Stay Proceedings (First Request) (#23) without an Order.

 Plaintiff files this Notice of Corrected Image to insert an Order to be signed and prays this Court accept the corrected Stipulation and Order to Extend Due Date for Filing Responses to

1

1 | Defendants' Motions to Dismiss (#13) (#14) (#15) and to Partially Stay Proceedings (First
2 | Request), attached as Exhibit 1.

    DATED this 9th day of March, 2015.

                    LAW OFFICE OF DAN M. WINDER, P.C.

                    /s/ Arnold Weinstock, Esq.
                    DAN M. WINDER, ESQ.
                    Nevada State Bar. No. 001569
                    ARNOLD WEINSTOCK, ESQ.
                    Nevada State Bar. No. 000810
                    3507 W. Charleston Blvd.
                    Las Vegas, NV 89102
                    Telephone: (702) 474-0523
                    Facsimile:  (702) 474-0631
                    winderdanatty@aol.com
                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that I am an employee at the LAW OFFICES OF DAN WINDER, P.C., and that on the 9th day of March, 2015, I caused the foregoing **NOTICE OF CORRECTED IMAGE OF DOCUMENT #23** to be served on counsel as follows:

E-Service, pursuant to LR 5-4:

| | |
|---|---|
| JACKSON LEWIS P.C. | UPSON SMITH |
| Elayna J. Youchah, Esq. | Stacey A. Upson, Esq. |
| Nevada Bar No. 5837 | Nevada Bar No. 4773 |
| Steven C. Anderson, Esq. | |
| Nevada Bar No. 11901 | Mailing Address: |
| | P.O. Box 258829 |
| 3800 Howard Hughes Parkway, Suite 600 | Oklahoma City, OK 73125-8829 |
| Las Vegas, NV 89169 | |
| | Physical Address: |
| Tel.: (702) 921-2460 | 7455 Arroyo Crossing Parkway, Suite 200 |
| Fax: (702) 921-2461 | Las Vegas, NV 89113 |
| E-Mail: youchahe@jacksonlewis.com | |
| steven.anderson@jacksonlewis.com | Tel.: (702) 408-3800 |
| | Email: stacey.upson@farmersinsurance.com |
| *Attorneys for Defendants* | |
| *Aria Resort & Casino LLC, Delores Tillett,* | *Attorney for Defendant Cuthbertson* |
| *and Jennifer Harper* | |

         /s/ Kristina Miletovic
        Employee of the Law Office of Dan M. Winder P.C.

3

# Exhibit 1

DAN M. WINDER, ESQ.
Nevada State Bar. No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar. No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ARIA RESORT & CASINO LLC, a Nevada Limited Liability Company, dba Aria; DELORES ("DeDe") TILLET, Pit Manager at Aria; JENNIFER HARPER, Floor Supervisor at Aria; PATRICK CUTHBERTSON; DOEs 1-10 and ROE Entities 11-20, <br><br> Defendants. | Case No: 2:14-cv-01828-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DUE DATE FOR FILING REPONSES TO DEFENDANTS' MOTIONS TO DISMISS (#13) (#14) (#15) AND TO PARTIALLY <u>STAY PROCEEDINGS</u> (FIRST REQUEST)** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree to:

1. Extend the due date for Plaintiff's Opposition to Defendant Cuthbertson's Motion to Dismiss (#13) to the 23rd of March, 2015.

2. That other than Defendant Cuthbertson's Motion to Dismiss (#13), to stay motion

1

practice and discovery until 10 days after the conclusion of the Early Neutral Evaluation, May 15, 2015, at which time the Opposition to the Defendant Aria Resort & Casino LLC's Motion for Partial Dismissal of Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (#15) will be due.

3. Remove from consideration Defendants Tillet and Harper's February 20, 2015 Motion to Quash Service Pursuant to Rule 12(b)(5) or, Alternatively, Dismiss Pursuant to Rule 12(b)(6) (#14).

Respectfully submitted this 9th day of March, 2015.

| | |
|---|---|
| /s/ Arnold Weinstock, Esq. | /s/ Steven C. Anderson, Esq. |
| DAN M. WINDER, ESQ. | ELAYNA J. YOUCHAH, ESQ. |
| Nevada State Bar. No. 1569 | Nevada State Bar. No. 5837 |
| ARNOLD WEINSTOCK, ESQ. | STEVEN C. ANDERSON, ESQ. |
| Nevada State Bar. No. 810 | Nevada State Bar. No. 11901 |
| LAW OFFICE OF DAN M. WINDER, P.C. | JACKSON LEWIS P.C. |
| 3507 W. Charleston Blvd. | 3800 Howard Hughes Parkway, Suite 600 |
| Las Vegas, NV 89102 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

 /s/ Stacey A. Upson, Esq.
UPSON SMITH
Stacey A. Upson, Esq.
Nevada Bar No. 4773
Mailing Address:
P.O. Box 258829
Oklahoma City, OK 73125-8829
Physical Address:
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
*Attorney for Defendant Cuthbertson*

## ORDER

IT IS SO ORDERED.

DATED:  March 10, 2015

_____
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

Pursuant to LR 5-1, I hereby certify that I am an employee at the LAW OFFICES OF DAN WINDER, P.C., and that on the 9th day of March, 2015, I caused the foregoing **STIPULATION AND ORDER TO EXTEND DUE DATE FOR FILING REPONSES TO DEFENDANTS' MOTIONS TO DISMISS (#13) (#14) (#15) AND TO PARTIALLY STAY PROCEEDINGS (FIRST REQUEST)** to be served on counsel as follows:

E-Service, pursuant to LR 5-4:

| | |
|---|---|
| JACKSON LEWIS P.C. | UPSON SMITH |
| Elayna J. Youchah, Esq. | Stacey A. Upson, Esq. |
| Nevada Bar No. 5837 | Nevada Bar No. 4773 |
| Steven C. Anderson, Esq. | |
| Nevada Bar No. 11901 | Mailing Address: |
| | P.O. Box 258829 |
| 3800 Howard Hughes Parkway, Suite 600 | Oklahoma City, OK 73125-8829 |
| Las Vegas, NV 89169 | |
| | Physical Address: |
| Tel.: (702) 921-2460 | 7455 Arroyo Crossing Parkway, Suite 200 |
| Fax: (702) 921-2461 | Las Vegas, NV 89113 |
| E-Mail: youchahe@jacksonlewis.com | |
|          steven.anderson@jacksonlewis.com | Tel.: (702) 408-3800 |
| | Email: stacey.upson@farmersinsurance.com |
| *Attorneys for Defendants* | |
| *Aria Resort & Casino LLC, Delores Tillett,* | *Attorney for Defendant Cuthbertson* |
| *and Jennifer Harper* | |

           /s/ Kristina Miletovic
           Employee of the Law Office of Dan M. Winder P.C.

3