# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

MICHAEL MILLER,

               Plaintiff,

vs.

ARIA RESORT & CASINO LLC, *et al.*,

               Defendants.

2:14-cv-01828-APG-CWH

**ORDER**

Before the court is Defendant Patrick Cuthbertson's Request for an Exception for his attendance at the Early Neutral Evaluation Session (#32).

Defendant has given sufficient reason to be excused from attending the ENE in person.

IT IS HEREBY ORDERED that Defendant Patrick Cuthbertson's Request for an Exception for his attendance at the Early Neutral Evaluation Session (#32) is GRANTED.  Mr. Cuthbertson must be available by telephone for the duration of the ENE.

IT IS SO ORDERED.

DATED this 15th day of April, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE