Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Steven C. Anderson, Bar No. 11901
steven.anderson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants Aria Resort
& Casino Holdings, LLC Aria
Resort & Casino LLC,
Delores Tillett, and Jennifer Harper*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>ARIA RESORT & CASINO LLC, a Nevada Limited Liability Company, dba Aria; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company, dba Aria; DELORES ("DeDe") TILLET, Pit Manager at Aria; STEVE DAVIES, Floor Supervisor at Aria; JENNIFER HARPER, Floor Supervisor at Aria; PATRICK CUTHBERTSON; DOEs 1-10 and ROE Entities 11-20,<br><br>            Defendants. | Case No. 2:14-cv-01828-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION

Plaintiff Michael Miller ("Miller"), Defendants Aria Resort & Casino, LLC ("Aria"), Jennifer Harper ("Harper"), Dolores Tillett ("Tillett") and Patrick Cuthbertson ("Cuthbertson") through their respective counsel of record, **STIPULATE AND AGREE TO DISMISS WITH PREJUDICE** this action, Case No. 2:14-cv-01828-APG-CWH, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  May 11, 2015.                                    _____
                                                                              UNITED STATES DISTRICT JUDGE

JACKSON LEWIS P.C.
LAS VEGAS

**So Stipulated**.

Dated: May 8, 2015.

| LAW OFFICE OF DAN M. WINDER, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ Dan M. Winder | /s/ Steven C. Anderson |
| Dan M. Winder, Bar # 1569 | Elayna J. Youchah, Bar # 5837 |
| Arnold Weinstock, Bar # 810 | Steven C. Anderson, Bar # 11901 |
| 3507 W. Charleston Blvd. | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Aria Resort & Casino, LLC; Dolores Tillett and Jennifer Harper* |

UPSON SMITH

/s/ Stacey A. Upson
Stacey A. Upson, Bar # 4773
7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, Nevada 89113

*Attorney for Defendant Patrick Cuthbertson*

**ORDER**

IT IS SO ORDERED this ___ day of May, 2015.

_____
U.S. District Judge